UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID DECAPUA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>METLIFE, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 18-cv-07335<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff David DeCapua, by and through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant MetLife, Inc.

Dated: October 12, 2018                    Respectfully submitted,

By: */s/ Jonathan D. Selbin*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
Email: jselbin@lchb.com
John T. Nicolaou
Email: jnicolaou@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (admitted *pro hac vice*)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Matthew R. Wilson (admitted *pro hac vice*)

1

MEYER WILSON CO., LPA
Email:  mwilson@meyerwilson.com
Michael J. Boyle, Jr. (admitted *pro hac vice*)
Email:  mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: 614.224.6000
Facsimile:  614.224.6066

*Attorney for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of this Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i) was filed on ECF in accordance with the Federal Rules of Civil Procedure, the Southern District of New York's Local Rules, and the Southern District of New York's Rules on Electronic Service upon counsel of record.

<i>/s/ Jonathan D. Selbin</i><br><i>Attorney for Plaintiff and the Proposed Class</i>